JS-6 STAY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGYANG YU,<br><br>Plaintiff, Pro Se<br><br>v.<br><br>ALEJANDRO N. MAYORKAS,<br>Secretary of Homeland Security, ET AL.,<br><br>Defendants. | No. 5:23-cv-1884-JGB-SHK<br><br>**ORDER RE:**<br>**JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION**<br><br>Honorable Jesus G Bernal<br>United States District Judge |

Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor, IT IS HEREBY ORDERED that the instant action shall be stayed until March 17, 2025.

Dated: March 12, 2024

_____
HONORABLE JESUS G BERNAL
UNITED STATES DISTRICT JUDGE